

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2021

No. 04-21-00190-CV

**IN RE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** and Thomas J. Brownfield,
Relators

Original Proceeding[1]

## ORDER

Relators' petition for writ of mandamus and motion for temporary relief are DENIED. This amended order replaces this court's May 14, 2021 administrative order.

It is so **ORDERED** on May 26, 2021.

_Beth Watkins_
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2017CI16323, styled *Implicity Management Co. v. Certain Underwriters at Lloyd's London*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.